# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF JASON L. LOPEZ, BAR NO. 7796.

No. 78511

FILED

OCT 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF SUSPENSION

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that this court revoke the stay on attorney Jason Lopez's suspension and impose the remainder of the two-year suspension based on his failure to comply with a condition of the stayed suspension.

On February 23, 2018, this court approved Lopez's conditional guilty plea agreement and suspended him for two years, with all but the first six months and one day stayed, for violating RPC 3.1 (meritorious claims and contentions), RPC 3.4 (fairness to opposing counsel), RPC 4.4 (respect for rights of third persons), and RPC 8.4(d) (misconduct—conduct prejudicial to the administration of justice). The stayed suspension was conditioned on Lopez's compliance with certain conditions, which included the condition that he "not be found . . . to have abused the legal process." *In re Discipline of Lopez*, Docket No. 73894 (Order Approving Conditional Guilty Plea Agreement, Feb. 23, 2018). After this court approved the conditional guilty plea, Lopez filed an amended complaint against the same parties and based on the same set of facts that Lopez agreed were frivolous in the conditional guilty plea agreement, and that had already been dismissed in other cases. Thus, substantial evidence supports the panel's

19-42257

finding that Lopez violated the terms of his stayed suspension by abusing the legal process. Because the stay of the remainder of Lopez's two-year suspension was subject to his compliance with certain conditions, we revoke the stay of the remaining portion of Lopez's suspension, and suspend him for two years commencing from February 23, 2018, the date this court approved the conditional guilty plea agreement. Lopez shall also pay the costs of the disciplinary proceeding within 30 days from the date of this order, if he has not already done so. We decline the panel's recommendation to impose any further conditions on Lopez at this time. The parties shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____ C.J.
Gibbons

_____, J.     _____, J.
Pickering               Hardesty

_____, J.     _____, J.
Parraguirre             Stiglich

_____, J.     _____, J.
Cadish                  Silver


cc:    Chair, Southern Nevada Disciplinary Board
       Jason L. Lopez
       Bar Counsel, State Bar of Nevada
       Executive Director, State Bar of Nevada
       Admissions Office, U.S. Supreme Court